```
JACK GORDON; SBN 169380
95 S. Market St., Ste 300
San Jose, CA 95113
Tel. (408)286-1351
Fax. (408) 977-7783

Attorney for Defendant,
Pablo Rios
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PABLO RIOS,<br><br>　　　　　Defendant.<br>_____/ | No. CR 09-000454 JW<br>　　 CR 09-000458 JW<br>　　 CR 09-000455 JW<br><br>STIPULATION TO CONTINUE STATUS HEARING DATE AND PROPOSED ORDER |

The above listed parties stipulate as follows:

PABLO RIOS is charged in the above listed indictments. The matter is set before Judge Ware on 6/29/09 at 1:30 p.m. for status hearing. The parties request the matter be continued to 8/17/09 at 1:30 p.m.

IT IS SO STIPULATED

Dated: 6/26/09                                          /s/
                                                Jack Gordon
                                                Attorney for Defendant

Dated: 6/26/09                                          /s/
                                                Thomas M. O'Connell
                                                Assistant U.S. Attorney

1

[PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the status hearing for defendant PABLO RIOS is continued from June 29, 2009 at 1:30 p.m. to August 17, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: June 26, 2009

_____
The Honorable James Ware
District Court Judge